**Brandon M. LILLARD, Plaintiff—Appellant,**

v.

**Jane Doe RICHARDSON, Corrections Officer; Jane Doe Gay, Corrections Officer, Defendants—Appellees.**

No. 08–6753.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2008.

Decided: Oct. 27, 2008.

Brandon M. Lillard, Appellant Pro Se.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon M. Lillard appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action for failure to prosecute and for noncompliance with court orders. A plaintiff's failure to prosecute or to comply with the federal procedural rules or an order of the court may warrant involuntary dismissal. Fed. R.Civ.P. 41(b). We review a district

court. Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

court's dismissal under Rule 41(b) for abuse of discretion. *Ballard v. Carlson,* 882 F.2d 93, 95–96 (4th Cir.1989). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lillard v. Richardson,* No. 2:07–cv–00259–RAJ–FBS (E.D. Va. filed Apr. 2, 2008; entered Apr. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*